UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WHITTAKER,<br><br>       Plaintiff,<br><br>  v.<br><br>REVERSE MORTGAGE SOLUTIONS, et al.,<br><br>       Defendants. | No.  2:16-CV-1117 KJM AC<br><br><br>ORDER |

Plaintiff filed a complaint on May 25, 2016, and the case was set for a pretrial scheduling conference on September 29, 2016.  On September 23, 2016, the scheduling conference date was reset because the parties had not filed a joint status report.  Defendants have not yet appeared in this action and as of today's date, no further action has been taken by plaintiff to complete litigation of this case.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for failure to prosecute.  Fed. R. Civ. P. 41(b).

DATED: November 30, 2016.

UNITED STATES DISTRICT JUDGE

1